# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>ANDREAS PETE EFSTATHIOU (1);<br>REZA RAFIEI EMAMZADEH (2),<br>　　　　　　　　　　　Defendants. | Case No.:  25-cr-1346-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　On May 20, 2025, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for May 23, 2025 to July 11, 2025.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 64] and sets the Motion Hearing/Trial Setting on July 11, 2025 at 1:30 p.m.

　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

25-cr-1346-JO

1  Further, on May 16, 2025, Defendant Reza Rafiei Emamzadeh filed a pretrial motion
2  that remains pending. Thereafter, co-Defendant Andreas Pete Efstathiou also filed a
3  pretrial motion that remains pending. Accordingly, the Court finds that time from May 16,
4  2025 to July 11, 2025 shall be excluded under the Speedy Trial Act on grounds that a
5  pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-
6  Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well
7  established that an exclusion from the Speedy Trial clock for one defendant applies to all
8  codefendants.").

IT IS SO ORDERED.

Dated: 5/21/2025

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

25-cr-1346-JO